# GREEN·SEIFTER
## ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE  NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.
——
OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
JACK R. LEBOWITZ
SIDNEY L. MANES
——
VALERIE L.F. ALBERTO
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
CHRISTINE WOODCOCK DETTOR
MARRI A.T. ELLIOTT
KIM V. HEYMAN ††
DAFNI S. KIRITSIS
SARA E. LOWENGARD
——
ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004
——
ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

April 22, 2009

Hon. Margaret Cangilos-Ruiz
United States Bankruptcy Court
The Atrium
100 South Salina Street
Suite 310
Syracuse, NY 13202

Attention: Dawn Simmons Norris

**Re: US Datanet Corporation, a/k/a USA Datanet
Case No. 08-32560 (Main Case)
Order (1) Amending The Sale Order, and (2) Approving Stipulations For The
Modification, Assumption and Assignment Of Certain Executory Contracts,
Docket No. 281, filed on April 22, 2009**

Dear Judge Cangilos-Ruiz:

This is to confirm my conversation today with your Clerk, Dawn Simmons Norris, with
the permission of counsel for Debtors, in which Ms. Norris confirmed that the phrase
that the Court inserted in the first decretal paragraph of the Order (1) Amending The
Sale Order, And (2) Approving Stipulations For The Modification, Assumption, And
Assignment of Certain Executory Contracts, Docket No. 281, filed on April 22, 2009 -
"except that the Purchase Price is confirmed as One Million Two Hundred Fifty
Thousand Dollars ($1,250,000) in Section 2.05" - was intended to correct a
typographical error that exists in Section 2.05(a) of both the Asset Purchase Agreement
and the First Amendment to Asset Purchase Agreement.  In Section 2.05(a), the term
"Purchase Price" is defined as "One Million ($1,250,000)Dollars (the "Purchase
Price")."  The intention of the parties, as expressed by the Court in the insertion, is that
this be corrected to state, "One Million Two Hundred Fifty Thousand Dollars
($1,250,000) (the "Purchase Price")".



Honorable Margaret Cangilos-Ruiz
April 22, 2009
Page 2

We appreciate both the vigilance of the Court in correcting this error and the enormous effort by the Court and its staff in accommodating the parties in this matter.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Robert K. Weiler

RKW/lce

1243781_1.DOC